UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD GREGORIO DE JESUS RONDON, JULIO EFRAIN, MAURO ZACARIAS HERNANDEZ, MIGUEL PINZON, NOE EULISES CALDERON PINDEA, and JOSE MANUEL ORELLANA LOPEZ, on behalf of themselves and all others similarly-situated,<br><br>Plaintiffs,<br><br>-against-<br><br>EMPIRE BUILDING CONSULTING, INC., and LIANG CHEN, individually,<br><br>Defendants. | Docket No.: 1:24-cv-05741<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Plaintiffs Donald Gregorio De Jesus Rondon, Julio Efrain, Mauro Zacarias Hernandez, Miguel Pinzon, Noe Eulises Calderon Pindea, and Jose Manuel Orellana Lopez, hereby provide Notice of their Acceptance of the Rule 68 Offer of Judgement served by Defendants EMPIRE BUILDING CONSULTING, INC., and LIANG CHEN on August 5, 2025, and attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 68 and *Yu v. Hasaki Rest., Inc.*, 944 F.3d 395 (2d Cir. 2019), notice of this acceptance has been served and that this filing, along with proof of that service, shall be deemed acceptance of the Rule 68 offer and the clerk must enter judgment thereof.

Dated: Deer Park, New York
       August 14, 2025

                                  Respectfully submitted,

                                  **STEVENSON MARINO LLP**

By: _____
                                  MICHAEL R. MINKOFF
                                  *Attorneys for Plaintiffs*

                                  **KATZ MELINGER PLLC**
                                  */s/ Kenneth Katz, Esq.*
                                  Kenneth Katz, Esq.
                                  *Attorneys for Plaintiffs*

TO:    **SAHN WARD BRAFF COSCHIGNANO PLLC**
       Danielé D. De Voe, Esq.
       Hillary K. Massey, Esq.
       333 Early Ovington Boulevard, Suite 601
       Uniondale, NY 11553
       *Attorneys for Defendants*

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X<br>DONALD GREGORIO DE JESUS RONDON,<br>JULIO EFRAIN, MAURO ZACARIAS<br>HERNANDEZ, MIGUEL PINZON, NOE EULISES<br>CALDERON PINEDA, and JOSE MANUEL<br>ORELLANA LOPEZ, on behalf of themselves and<br>others similarly situated, | **EXHIBIT A** |

**OFFER OF JUDGMENT PURSUANT TO RULE 68**

Case No. 1:24-cv-05741

                               Plaintiff,

-against-

EMPIRE BUILDING CONSULTING INC., and
LIANG CHEN, individually,

                               Defendants.
-----------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, EMPIRE BUILDING CONSULTING INC., and LIANG CHEN, individually, offer to allow judgment to be taken against them and in favor of Plaintiffs, DONALD GREGORIO DE JESUS RONDON, JULIO EFRAIN, MAURO ZACARIAS HERNANDEZ, MIGUEL PINZON, NOE EULISES CALDERON PINEDA, and JOSE MANUEL ORELLANA LOPEZ, on behalf of themselves and others similarly situated, with respect to the instant action in the amount of $30,000.00 inclusive of all damages, liquidated damages and/or penalties, interest, reasonable attorneys' fees, costs, expenses and reasonable expert fees actually incurred to the extent that the Plaintiffs are entitled to the foregoing by law. This offer of judgment is intended to resolve all of the Plaintiffs' claims in this action, including without limitation to any and all claims for compensatory damages, statutory damages, physical pain and suffering, attorneys' fees, litigation expenses and any other

1

costs of this action.

    This offer will be deemed withdrawn unless Plaintiffs serve a written notice of acceptance within fourteen (14) days of the date of this Offer. This offer is made solely for the purposes of Rule 68 and neither it, nor any judgment resulting from this offer, may be construed as an admission (a) of any liability on the part of Defendants or (b) that Plaintiffs are entitled to any relief herein or that he has suffered any damages whatsoever. This offer of judgment may not be filed with the Court or disclosed to any third party unless (a) accepted or (b) in conjunction with any motion to dismiss this action as no actual case or controversy exists in light of the foregoing offer of judgment.

Dated: Uniondale, New York
       August 5, 2025

                                SAHN WARD BRAFF COSCHIGNANO PLLC
                                *Attorneys for Defendants*

                                By: _____
                                    Hillary K. Massey
                                333 Earle Ovington Boulevard, Suite 601
                                Uniondale, New York 11553
                                (516) 228-1300

TO:   Stevenson Marino LLP
       *Attorneys for Plaintiffs*
       2000 Deer Park Avenue
       Deer Park, New York 11729