UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DONALD GREGORIO DE JESUS RONDON,
JULIO EFRAIN, MAURO ZACARIAS
HERNANDEZ, MIGUEL PINZON, NOE
EULISES CALDERON PINDEA, and JOSE
MANUEL ORELLANA LOPEZ, on behalf
of themselves and all others similarly-situated,

                        Plaintiffs,                        JUDGMENT
     v.                                                      24-cv-05741-ENV-JRC

EMPIRE BUILDING CONSULTING, INC.,
and LIANG CHEN, individually,

                        Defendants.
----------------------------------------------------------------X

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 15, 2025; and Defendants, EMPIRE BUILDING CONSULTING INC., and LIANG CHEN, individually, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs DONALD GREGORIO DE JESUS RONDON, JULIO EFRAIN, MAURO ZACARIAS HERNANDEZ, MIGUEL PINZON, NOE EULISES CALDERON PINEDA, and JOSE MANUEL ORELLANA LOPEZ in the amount of $30,000.00 inclusive of all damages, liquidated damages and/or penalties, interest, reasonable attorneys' fees, costs, expenses and reasonable expert fees actually incurred to the extent that the Plaintiffs are entitled to the foregoing by law; it is

     ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs DONALD GREGORIO DE JESUS RONDON, JULIO EFRAIN, MAURO ZACARIAS HERNANDEZ, MIGUEL PINZON, NOE EULISES CALDERON PINEDA, and JOSE MANUEL ORELLANA LOPEZ and against Defendants, EMPIRE BUILDING CONSULTING INC., and LIANG CHEN, individually, in the amount of $30,000.00 inclusive of all damages, liquidated damages

and/or penalties, interest, reasonable attorneys' fees, costs, expenses and reasonable expert fees actually incurred to the extent that the Plaintiffs are entitled to the foregoing by law.

Dated: Brooklyn, New York  
       September 4, 2025

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
     Deputy Clerk